UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN RADEV, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>KEITH PATRICK GILL,<br><br>                Defendant. | Case No. 1:24-cv-04608-FB-VMS |

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Radev v. Gill*, 1:24-cv-04608-FB-VMS, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Martin Radev hereby voluntarily dismisses the above-captioned action, without prejudice, as to defendant.

| | |
|---|---|
| Dated: July 1, 2024 | Respectfully submitted, |
| | POMERANTZ LLP |
| | */s/ Jeremy A. Lieberman* |
| | Jeremy A. Lieberman |
| | J. Alexander Hood II |
| | James M. LoPiano |
| | 600 Third Avenue, 20th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 661-1100 |
| | Facsimile: (917) 463-1044 |
| | jalieberman@pomlaw.com |
| | ahood@pomlaw.com |
| | jlopiano@pomlaw.com |
| | *Attorneys for Plaintiff* |